# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

**NOTICE**

V.

WILBERT LEE STEPHENS, JR.

CASE NUMBER: CR218-48

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | DATE AND TIME |
| | 05/14/2019 at 1:00 pm |

TYPE OF PROCEEDING

Change of Plea

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

04/17/2019
DATE

s/ Whitney Sharp
(BY) DEPUTY CLERK

Phone No. 912-658-6667

To
Any Lee Copeland
Jennifer Kirkland
Marcela Mateo
USMS
USPO
CSO's